UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA L. MELENDEZ, *individually and as parent and natural guardian of J.C.*, CAROLYN MASON, *individually and as parent and natural guardian of A.D.*, and NAHOKO MIZUTA *and* KENTARO MIZUTA, *individually and as parents and natural guardians of Y.M.*,

                    Plaintiffs,

– against –

RICHARD CARRANZA, *in his official capacity as the Chancellor of the New York City Department of Education, and the* NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendants.

**ORDER**

20 Civ. 1464 (ER)

Ramos, D.J.:

    For the reasons stated on the record on March 5, 2020, this case is stayed pending the outcome of *Mendez v. New York City Department of Education*, No. 19 Civ. 1852 (2d Cir. Aug. 15, 2019); *Paulino v. New York City Department of Education*, No. 19 Civ. 1662 (2d Cir. Aug. 15, 2019); and *Carrilo, et al. v. New York City Department of Education*, No. 19 Civ. 1813 (2d Cir. Aug. 15, 2019). The parties are directed to inform the Court within two days of a decision in these case so that it may lift the stay.

It is SO ORDERED.

Dated:   March 6, 2020
           New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.